

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2019

No. 04-19-00095-CR

**IN RE** Stephen Wayne **RICHARDSON**

Original Mandamus Proceeding[1]

**ORDER**

On February 22, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes we do not have jurisdiction. Accordingly, the petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 13, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR10629, styled *The State of Texas v. Stephen Wayne Richardson*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.